UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:01CV426-MU

| | | |
|---|---|---|
| CARLA W. KEZIAH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION OF VOLUNTARY** |
| | ) | **DISMISSAL WITH PREJUDICE** |
| DUKE ENERGY CORP., f/k/a DUKE | ) | |
| POWER CO., and DUKE ENGINEERING | ) | |
| SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Carla W. Keziah,

by and through her undersigned counsel, and Defendants Duke Energy Corporation and Duke

Engineering & Services, by and through their undersigned counsel, stipulate that this action shall be

and hereby is DISMISSED WITH PREJUDICE, each party to bear their own costs and fees.

It is so stipulated.

Todd W. Cline
N.C. State Bar No. 19672
Janet Ward Black
N.C. State Bar No. 12869
Donaldson & Black, P.A.
208 West Wendover Avenue
Greensboro, NC 27401
Telephone: (336) 273-3812

**Counsel for Plaintiff**
Date: 3-22-02

John J. Doyle, Jr.
N.C. State Bar No.1235

Jill S. Cox
N.C. State Bar No. 20145
CONSTANGY, BROOKS & SMITH, LLC
100 North Cherry Street, Suite 300
Winston-Salem, NC 27101
Telephone: (336) 721-1001

**Counsel for Defendants**
Date: 3-19-02